UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>NELSON OSEMWENGIE,<br><br>          Defendant. | Case No. 2:22-cr-00275-APG-NJK<br><br>**Order Granting Motion for Return of Phone**<br><br>[ECF No. 28] |

    Defendant Nelson Osemwengie sent me a letter, which I will treat as a motion, requesting the Probation Office give his mother his cell phone that the office is holding. ECF No. 28. I have conferred with the Probation Office, and it has no opposition to returning the phone.

    I THEREFORE ORDER the Probation Office to give Mr. Osemwengie's cell phone to his mother, who will sign a receipt for it on Mr. Osemwengie's behalf. Because the Probation Office does not have contact information for Mr. Osemwengie's mother, Mr. Osemwengie must contact his mother and have her call the Probation Office to arrange a date and time to pick up the phone.

    DATED THIS 13th day of November, 2023.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE