AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

|  |  |
|---|---|
| United States of America<br>v.<br>NELSON OSEMWENGIE | ) |

Date of Original Judgment: 08/01/2016
Date of Previous Amended Judgment: 08/15/2023
*(Use Date of Last Amended Judgment if Any)*

Case No:  2:22-cr-00275-APG-NJK
USM No:  40373-048

Madeline S. Lal
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
    *(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____08/15/2023____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12/18/2023

_____
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

U.S. District Judge Andrew P. Gordon
*Printed name and title*